UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

| | |
|---|---|
| LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE, ANTITRUST DIVISION,<br><br>　　　　　Defendant. | Civil Action 09-00157 (HHK)<br><br>**STIPULATION** |

WHEREAS, the Court's Order of April 21, 2010 ordered that the parties shall submit to the Court a proposed briefing schedule following Plaintiff's notification of its intent to challenge any redactions in the redacted version of the Leniency Letter furnished by Defendant, and

WHEREAS, Plaintiff made such notification on May 14, 2010, and

WHEREAS, the parties subsequently met and conferred on a briefing schedule,

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Plaintiff shall file an opening brief concerning the challenged redactions no later than May 28, 2010; Defendant shall file its response no later than June 8, 2010; and Plaintiff shall file any reply no later than June 15, 2010.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: May 18, 2010　　　　　　　　　　　　　*/s/ Eric B. Fastiff*
　　　　　　　　　　　　　　　　　　　Eric B. Fastiff

　　　　　　　　　　　　　　　　　　Eric B. Fastiff (D.C. Bar # 453854)
　　　　　　　　　　　　　　　　　　Joseph R. Saveri
　　　　　　　　　　　　　　　　　　Jordan R. Elias
　　　　　　　　　　　　　　　　　　LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
　　　　　　　　　　　　　　　　　　275 Battery Street, 30th Floor
　　　　　　　　　　　　　　　　　　San Francisco, CA  94111
　　　　　　　　　　　　　　　　　　Telephone:  (415) 956-1000
　　　　　　　　　　　　　　　　　　Facsimile:　(415) 956-1008

879232.1

Steven E. Fineman
Daniel E. Seltz
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

*Attorneys for Plaintiff*


RONALD C. MACHEN JR., D.C. Bar #447889
United States Attorney
for the District of Columbia

RUDOLPH CONTRERAS, D.C. Bar #434112
Chief, Civil Division

BY: /s/  David C. Rybicki
DAVID C. RYBICKI, D.C. Bar #976836
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-4024
Fax: (202) 514-8780

Attorneys for Defendant the United States Department of Justice, Antitrust Division

It is so ORDERED.

_____
The Honorable Henry H. Kennedy
United States District Judge